**FILED**
**OCT 16 2018**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 18-30163-NJR |
| vs. ) | |
| ) | |
| DEHAVALON R. COOK, ) | |
| ) | Title 18, United States Code, |
| Defendant. ) | Section 1519 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

1. On July 15, 2015, **DEHAVALON R. COOK,** filed a petition for a Chapter 13 bankruptcy in U. S. Bankruptcy Court for the Southern District of Illinois in Cause 15-31094-lkg.

2. A Chapter 13 bankruptcy enables individuals with regular income to develop a plan to repay all or a part of their debts. Filing the petition under chapter 13 "automatically stays" (stops) most collection actions against the debtor or the debtor's property. When an individual files a chapter 13 petition, an impartial trustee is appointed to administer the case.

3. **DEHAVALON R. COOK** prepared and falsified correspondence of Russell C. Simon, the Chapter 13 trustee as an authorization to incur debt for the purchase of an automobile. The falsified letter bore the purported authorization and signature/name of the trustee.

4. **DEHAVALON R. COOK** then presented the letter in order to purchase the automobile and falsely confirm that the Trustee had approved the Debtor's request to incur debt.

3. On or about March 1, 2018, in St. Clair County, within the Southern District of Illinois,

**DEHAVALON R. COOK,**

Defendant, did knowingly falsify a document with the intent to influence the proper administration of a bankruptcy proceeding in Cause 15-31094-lkg.

All in violation of Title 18, United States Code, Section 1519.

_____
STEVEN D. WEINHOEFT
United States Attorney
Southern District of Illinois

_____
NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $10,000 unsecured.